JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHANNA L. STOWERS, | Case No. CV 21-1796 FMO (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MERRICK BANK CORPORATION, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 1st day of June, 2021.

                                                                                           /s/
                                                      Fernando M. Olguin
                                                United States District Judge